Esther ZOOK, Plaintiff/Respondent,

v.

CNA INSURANCE COMPANY, d/b/a Continental Assurance Company, Defendant/Appellant.

No. 73063.

Missouri Court of Appeals, Eastern District, Division Four.

July 14, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 1998.

Application for Transfer Denied Nov. 24, 1998.

James E. Whaley, John P. Rahoy, St. Louis, for appellant.

Robert D. Huelskamp, Ste. Genevieve, for respondent.

Before ROBERT G. DOWD, P.J., and SIMON and HOFF, JJ.

## ORDER

PER CURIAM.

Defendant, CNA Insurance Companies, d/b/a/ Continental Assurance Company, appeals from a judgment in favor of Plaintiff, Esther Zook, awarding her the sum of $100,000.00, plus prejudgment interest in the amount of $57,254.79. Defendant alleges two points of error: (1) the trial court erred in declaring a contract existed between Mervin Zook and Defendant because Mr. Zook failed to satisfy all conditions precedent to receiving coverage; and (2) the trial court erred in concluding that alleged ambiguities in an application for insurance and conditional premium receipt may be construed to create a contract of insurance.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).